UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JENNIFER L.,

       *Plaintiff,*           Civil No.  24-13434

v.


COMMISSIONER                Hon. Anthony P. Patti
OF SOCIAL SECURITY,      United States Magistrate Judge


       *Defendant.*
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that

order.


                 s/Anthony P. Patti
                ANTHONY P. PATTI
                United States Magistrate Judge


Dated:  March 21, 2025